SCANNED at WVCF and Emailed on 5-1-23 by [initials] · 9 pages.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

_____,
                    Plaintiff,

vs.

_____,
                    Defendant,

Case No.: 2:23-cv-00214-JRS-MKK
(TO BE SUPPLIED BY THE CLERK)

(Enter above the full name of the Defendant(s) in this action.)

**FILED**
**05/01/2023**
**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT

## I. PARTIES

The names and addresses of each plaintiff and defendant are as follows:

A. Plaintiff:

    Name _Maurice Boykins_

    Identification Number _285506_

    Address _Wabash Valley Correctional Facility_
    _P.O. Box 1111, Carlisle, IN 47838_

B. Defendant(s)

    Name _Serjant Richardson_

    Title _serjant_

    Address _Wabash Valley Correctional Facility_
    _P.O. Box 1111 Carlisle, IN 47838_

    Name _Officer White_

    Title _correctional officer_

    Address _Wabash Valley Correctional Facility_
    _P.O. Box 1111, Carlisle, IN 47838_

Contunie from Section B

B. Defendants

Name: Office Hope
Title: Correctional Officer
Address: Wabash Valley Correctional facility
P.O. Box 1111, Carlisle IN 47838

Name: Nurse Heather
Title: Nurse/Care Provider
Address: Wabash Valley Correctional facility
P.O. Box 1111, Carlisle IN 47838

Name: LT Stuppx
Title: Lieutenant
Address: Wabash Valley Correctional Facility
P.O. Box 1111, Carlisle IN 47838

Name: Couselor Mills
Title: Couselor
Address: Wabash Valley Correctional Facility
P.O. Box 1111, Carlisle IN 47838

Name _Officer Phillips_

Title _correctional officer_

Address _Wabash Valley Correctional Facility P.O. Box 1111, Carlisle IN. 47838._

(Identify additional plaintiffs and defendants on a separate sheet of paper using this same outline)

_See Attachment for Section B_

## II. STATEMENT OF JURISDICTION AND PREVIOUS LAWSUITS:

Jurisdiction over this action exists in the United States District Court for the Southern District of Indiana because _Because I am offender incarcerated at Wabash Valley correctional facility in the southern District of Indiana where one of more of my constitutional rights where violated under federal law_

If the same facts alleged or claims made in this suit have been previously presented to any other state or federal court in an earlier suit, for each such earlier suit identify the parties, the Court in which it was filed, the docket number assigned to the suit, the status of such earlier suit, (for example: pending, dismissed, set for trial, on appeal, etc.). and the nature of the disposition if the earlier case is closed.

_None_

## IV. CAUSE OF ACTION

State which of your constitutional or federal rights, privileges or immunities have been violated and summarize in one or two sentences <u>what the defendant(s) did to violate your rights in that regard.</u> If you are claiming that more than one of your constitutional rights were violated, use a separate paragraph (ground) for each right, privilege or immunity which was violated. If you have more than three (3) grounds, identify them in a separate attached piece of paper.

Ground 1: The Eighth Amendment, unusual and cruel punishment officer White, officer Hope, officer Phillips and serjoat Richardson was all involve in the excessive force that was use against me that resulted in me being seriously injur

Ground 2: The Eigth Amendment
Nurse Heather came around with officer White who was invowing in the assualt against me, they refuse to allow me to get treated for my injuries, LT stuppy then come around I ask him to get me medical attention, Then couseobr Mills who also refuse to call medical so I could get treated for my injuries

Ground 3: The Eigth Amendment
I told officer Hope to call mental health that I was stress out and was ready to have a mental broke down instead serjoat Richardson came. I told serjoat Richardson I was gonna kill my self to callte Mental health he said will deal with out after you do it and they both refuse to call mental health to come help me

(Identify additional grounds on a separate sheet of paper)

## V. STATEMENT OF FACTS

State here the FACTS of your case. You should outline both the facts on which your suit is based and the particular role of each defendant in those circumstances.

on 1-19-2023 I was target by I Broue for my constant complaining and writing of grievances. on the above date I was esscorted out the cell as a act of retaliation and place in the shower which I was held in there by officer Hope in restraints with the shower lock, I told him to call mental health due to the mental, emotional and psycoligical abuse I was face with

BK3

instead the serjant Richardson showed up. I told him what was going on that I need to see mental health that I am having thoughts of killing my self, he said there deal with that after I do it. about a minute later I was being pull out the shower by serjant Richardson and officer hope both whom refuse to contct mental health. The dog rope that was giving to officer phillips was hook up to the handcuffs on my wrist that she kept pulling using excessively even when I was place on the floor, at which time I was also kneed in my ribs. I was then calm down and allow to get up and walk to the cell at which time the officers whom I name as defendants begin there assualt using excessive force brutaly attacking me from the back bang my hand up in the slot, somebody was bending my index finger back as officer phillips excessively pull on the rope hook to the handcuffs as if she was trying to pull my arms out of it socket, somebody then slide me wrist cross the slot causing it to split open and started bleeding. officer white and nurse Heather came to the cell to allegaly medical assess me. I begin to show nurse heather my wrist linking blood, My swollen hand and finger. They walk off. Later LT Stoppy came around like a few hours later I ask was medical coming back and showed him my injuries which my wrist was still linking blood he said medical nurse said you refuse treatment, I told

BK3

Contwiances

V. Statement Of Facts

LT stuppy no I did not refuse they just look at me for live 10 seconds then walk off, 2 seconds later after telling LT-stuppy that all to get me medical attention he wall off live a hour later couselor Mills came to the cell door asking me what happen but laughing at the same time. I told her that I need to see medical and showed her my injuries and the blood that was still linking from my wrist that was slice in the tray slot. She said she was gonna let LT-stuppy know, knowing that LT-stuppy was already gone home for the day for it was after 3:00pm when she came to see me. I never got medical treatment and had pictures tooking until the night medical nurse came and the night shift officers.

See Attachment for section V

## VI. RELIEF

State exactly what relief or action you are requesting through this lawsuit.

Injunction relief. That all my medical bills be cover apoun my release, Money damages in the amount of 650,000 for I was told by the orthorpedics that I am gonna lose 20% of my muscle function even after physical therapy, for my muscle tissue was torn and I had plans to get into construction follow my release also, because I was told the arm will never be normal again

### AFFIRMATION OF PLAINTIFF

I, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in this complaint and that I believe them to be true and correct to the best of my personal knowledge and belief.

Signed this 27 day of April, 2023.

Maurice Braykins
Plaintiff